# EXHIBIT "1"



United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Jun 13 03:17:23 EDT 2022

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At: ___  OR   Jump   to record: ___   **Record 2 out of 2**

*( Use the "Back" button of the Internet Browser to return to TESS)*

# THE UZZLE

| | |
|---|---|
| **Word Mark** | THE UZZLE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Board games; Puzzle games; Table-top games. FIRST USE: 20210629. FIRST USE IN COMMERCE: 20210704 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90811947 |
| **Filing Date** | July 6, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 3, 2022 |
| **Owner** | (APPLICANT) NEWWAVE LLC LIMITED LIABILITY COMPANY CALIFORNIA 1024 Adrienne Drive Alamo CALIFORNIA 94507 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = NEWWAVE LLC
Search Results: Displaying 1 of 1 entries



*The Uzzle.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001467935 / 2021-08-05 |
| **Application Title:** | The Uzzle. |
| **Title:** | The Uzzle. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEWWAVE LLC. Address: 1024 Adrienne Drive, Alamo, CA, 94507, United States. |
| **Date of Creation:** | 2021 |
| **Authorship on Application:** | NEWWAVE LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEWWAVE LLC, 1024 Adrienne Drive, Alamo, CA, 94507, United States, zachisaak3@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Idea for, and procedure or method of operation used in, game not copyrightable. 17 U.S.C. � 102(b). Registration extends to artwork deposited. |
| **Names:** | NEWWAVE LLC |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page