# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Foxmind Canada Enterprises, Ltd

                     Plaintiff,

v.

Case No.: 1:22−cv−02552

Honorable Robert W. Gettleman

The Individuals, Corporations, Limited Liability Company's, Partnerships, And Unincorporated Associations Identified on Schedule A Hereto, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 19, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic motion hearing held on 7/19/2022. For the reasons stated on the record, Defendants The Uzzle and All Star Toyz's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) [23] is denied without prejudice. Further, the court severs defendants The Uzzle and All Star Toyz from the remaining defendants and denies plaintiff's motion for entry of Preliminary Injunction against The Uzzle and All Star Toyz without prejudice. Plaintiff has leave to substitute New Wave for The Uzzle by 7/22/2022. Defendant's The Uzzle (or New Wave) and All Star Toyz are directed to respond to the complaint by 8/10/2022. Those parties are then directed to file a Joint Status Report by 8/16/2022. Telephonic status hearing set for 8/19/2022 at 9:00 a.m. Members of the public and media may listen to these proceedings by dialing (888) 684−8852 and using the access code is 1503395. Counsel of record and other essential case participants will receive an email prior to the start of the telephone hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendants hengyangpuxingdianzishangwuyouxiangongsi(No.86), shenzhenshiyangbomingyuanmaoyiyouxiangongsi(No.95) , shenzhenshiyiruichuanghuimaoyiyouxiangongsi(No.97) , andzhengzhoubiansongshangmaoyouxiangongsi(No.102)& #039;s motion to modify preliminary injunction [48], Defendant Fridja's motion to dismiss Plaintiff's complaint and vacate the preliminary injunction order [50], and Defendant shenzhenshiyingmeihongwanjuyouxiangongsi's motion to dismiss Plaintiff's complaint and vacate the preliminary injunction order [52] are entered and continued to the next hearing. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.