IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES, LTD., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) ) Case No. 1:22-cv-02552 |
| Defendants. | ) ) ) ) |

**NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF
DISBURSEMENT ORDER RELEASING BOND**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on September 19, 2022, this Court entered a Final Judgment Order against the Defendants listed in the Second Amended Schedule A (the "Final Judgment Order") [Dkt. 89]. Paragraph 35 of the Final Judgment Order states that "To obtain release of the five thousand-dollar ($5,000.00) bond posted by Plaintiffs, including any interest minus the registry fee, Plaintiffs' counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant." [*Id.* ¶ 35.]

Thus, because Plaintiffs have now settled its claims against the remaining non-defaulting defendants, Plaintiffs respectfully request that the Court enter the attached Disbursement Order releasing the $5,000.00 bond posted in this case [*see* Dkt. 27], following the form recommended to Plaintiffs' counsel by the N.D. Ill. Fiscal Department, and adopted by other Courts in the District (*see* case 21-cv-2730, Dkt 35, Sept. 6, 2021).

1

2

Dated*:*  January 24, 2023               Respectfully submitted,

                                          THOITS LAW

                                          */s/ David E. Hutchinson*
                                          David E. Hutchinson (Bar No. 6300078)
                                          THOITS LAW
                                          A Professional Corporation
                                          1136 S. Delano Court West, Ste B201 #2068
                                          Chicago, IL 60605
                                          (650) 327-4200
                                          dhutchinson@thoits.com

                                          *Attorneys for FoxMind Canada Enterprises, Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                                                  */s/ David E. Hutchinson*
                                                  David E. Hutchinson