IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES, LTD., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 1:22-cv-02552

**DISBURSEMENT ORDER**

As called for by the Final Judgment Order (Dkt. 89), the Clerk is directed to disburse:

> The principal amount of Five Thousand dollars ($5,000.00), which is the amount of the bond called by the Court and posted by Plaintiffs on May 25, 2022;
>
> Plus all applicable or earned interest,

To Plaintiffs' counsel

> Thoits Law, A Professional Corporation
> 400 Main St., #250
> Los Altos, California 94022.

Within three (3) days of the entry of this Disbursement Order, Plaintiffs are directed to provide a copy of this order, along with a copy of a Thoits Law Form W-9, to this Court's Fiscal Department at fiscal_ilnd@ilnd.uscourts.gov.

Dated: 1/25/2023

Robert W. Gettleman
United States District Court Judge

1